**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RUSSELL SMITH,

      Plaintiff,

vs.                                                          Case No.:  3:06cv314/MCR/EMT

OFFICER LAWSON, et al.,

      Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 24, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's Motion to Dismiss (Doc. 10), construed as a notice of voluntary dismissal, is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 25th day of September, 2006.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**